1  ROBERT J. CALDWELL, ESQ.
   Nevada Bar No. 007637
2  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
3  Las Vegas, Nevada  89145
   Telephone:  (702) 362-7800
4  Facsimile:  (702) 362-9472
   E-Mail:     rcaldwell@klnevada.com
5
   Attorneys for Defendant,
6  Credit Acceptance Corporation

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10                                * * *

11 JACQUELINE MANZANO,                    CASE NO. 2:13-cv-01041-RCJ-GWF

12              Plaintiff,

13        vs.                             [PROPOSED] **ORDER EXTENDING TIME FOR ANSWER/RESPONSE**

14 CREDIT ACCEPTANCE CORPORATION,
                                          **(First Request)**
15              Defendant.

16

17        The Court, having been advised that the parties have reached a settlement of this matter

18 (including for dismissal of this lawsuit with prejudice), the terms of which are in the process of

19 being put into writing, does hereby extend the deadline for Defendant, Credit Acceptance Corp.,

20 to answer or otherwise respond to the Complaint on file herein, from July 10, 2013, through (and

21 including) August 9, 2013.

22        DATED:  July 10, 2013

23

24                                                _____
                                                  UNITED STATES MAGISTRATE JUDGE
25

1451159                              Page 1