ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   rcaldwell@klnevada.com

Attorneys for Defendant,
Credit Acceptance Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACQUELINE MANZANO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT ACCEPTANCE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 2:13-cv-01041-RCJ-GWF<br><br>[PROPOSED] **ORDER EXTENDING TIME FOR ANSWER/RESPONSE**<br><br>**(First Request)** |

　　　　The Court, having been advised that the parties have reached a settlement of this matter (including for dismissal of this lawsuit with prejudice), the terms of which are in the process of being put into writing, does hereby extend the deadline for Defendant, Credit Acceptance Corp., to answer or otherwise respond to the Complaint on file herein, from July 10, 2013, through (and including) August 9, 2013.

　　　　DATED: July 10, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ George Foley Jr.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1451159　　　　　　　　　　　　　　Page 1