**ORIGINAL**

Jacqueline Manzano
1951 Corvette Street
Las Vegas, Nevada 89142
702-788-0599
*Plaintiff in proper person*

2013 JUL 29 P 2:28

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JACQUELINE MANZANO, | CASE NO. ~~2:13-cv-01040-RCJ-GWF~~ |
| Plaintiff, | 2:13-cv-01041-RCJ-GWF |
| -vs- | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CREDIT ACCEPTANCE CORPORATION, | |
| Defendant. | |

COME NOW, Jacqueline Manzano ("Plaintiff"), in proper person, and CREDIT ACCEPTANCE CORPORATION ("Defendant"), by and through its attorney, Robert J. Caldwell of Kolesar & Leatham, who hereby stipulate and agree to dismiss this matter with prejudice, each party to bear their own fees and costs incurred herein.

Dated: July 10TH, 2013

_____
Robert J. Caldwell
Nevada Bar No. 7637
Kolesar & Leatham
400 S. Rampart, Ste. 400
Las Vegas, Nevada 89145
Phone: 702-362-7800
*Attorney for Defendant*

Dated: July 24TH, 2013

_____
Jacqueline Manzano
1951 Corvette St.
Las Vegas, Nevada 89142
*Plaintiff in proper person*

**IT IS SO ORDERED.**

DATED: August 8, 2013

_____
UNITED STATES DISTRICT JUDGE

1